**Fill in this information to identify the case:**

Debtor 1: Sandra Kay Harlan; fka Sandra Kay Harlan

Debtor 2: _____
(Spouse, if filing)

United States Bankruptcy Court for the: Southern District of Indiana

Case number: 18-02050-RLM-13

Official Form 410S1

# Notice of Mortgage Payment Change 12/15

If the debtor's plan provides for payment of postpetition contractual installments on your claim secured by a security interest in the debtor's principal residence, you must use this form to give notice of any changes in the installment payment amount. File this form as a supplement to your proof of claim at least 21 days before the new payment amount is due. See Bankruptcy Rule 3002.1.

**Name of creditor:** U.S. Bank Trust National Association, as Trustee of the Igloo Series IV Trust

**Court claim no.** (if known): 4-1

**Last 4 digits** of any number you use to identify the debtor's account: 2 0 0 2

**Date of payment change:**
Must be at least 21 days after date of this notice: 04/01/2023

**New total payment:** $ 567.34
Principal, interest, and escrow, if any

## Part 1: Escrow Account Payment Adjustment

1. Will there be a change in the debtor's escrow account payment?

   ☐ No
   ☑ Yes. Attach a copy of the escrow account statement prepared in a form consistent with applicable nonbankruptcy law. Describe the basis for the change. If a statement is not attached, explain why: _____

   Current escrow payment: $ 192.26        New escrow payment: $ 209.30

## Part 2: Mortgage Payment Adjustment

2. Will the debtor's principal and interest payment change based on an adjustment to the interest rate on the debtor's variable-rate account?

   ☑ No
   ☐ Yes. Attach a copy of the rate change notice prepared in a form consistent with applicable nonbankruptcy law. If a notice is not attached, explain why: _____

   Current interest rate: _____ %        New interest rate: _____ %

   Current principal and interest payment: $ _____        New principal and interest payment: $ _____

## Part 3: Other Payment Change

3. Will there be a change in the debtor's mortgage payment for a reason not listed above?

   ☑ No
   ☐ Yes. Attach a copy of any documents describing the basis for the change, such as a repayment plan or loan modification agreement.
   (Court approval may be required before the payment change can take effect.)

   Reason for change: _____

   Current mortgage payment: $ _____        New mortgage payment: $ _____

| Debtor 1 | Sandra Kay Harlan | Case number (if known) 18-02050-RLM-13 |
|---|---|---|
| | First Name    Middle Name    Last Name | |

**Part 4:    Sign Here**

The person completing this Notice must sign it. Sign and print your name and your title, if any, and state your address and telephone number.

*Check the appropriate box.*

☐ I am the creditor.

☒ I am the creditor's authorized agent.

**I declare under penalty of perjury that the information provided in this claim is true and correct to the best of my knowledge, information, and reasonable belief.**

✗ /s/ Dylan Dean Smith                                      Date 03/08/2023
Signature

Print:      Dylan Dean Smith                                Title  Attorney for Creditor
            First Name    Middle Name    Last Name

Company     Sottile & Barile, Attorneys at Law

Address     394 Wards Corner Road, Suite 180
            Number        Street

            Loveland                         OH        45140
            City                             State     ZIP Code

Contact phone  513-444-4100                              Email  bankruptcy@sottileandbarile.com

**SN SERVICING CORPORATION**
323 FIFTH STREET
EUREKA CA  95501

(800) 603-0836
Para Español, Ext. 2660, 2643 o 2772
8:00 a.m. - 5:00 p.m. Pacific Time
Main Office NMLS #5985
Branch Office NMLS #9785

SANDRA K HARLAN
1318 BROOKE DR
LEBANON IN  46052

Analysis Date: February 27, 2023                                                                                                Final
Property Address: 1318 BROOKE DRIVE  LEBANON, IN 46052                                                       Loan:

**Annual Escrow Account Disclosure Statement**
**Account History**

This is a statement of actual activity in your escrow account from May 2022 to Mar 2023.  Last year's anticipated activity (payments to and from your escrow account) is next to the actual activity.

| Payment Information | Current: | Effective Apr 01, 2023: |
|---|---|---|
| Principal & Interest Pmt: | 358.04 | 358.04 |
| Escrow Payment: | 192.26 | 209.30 |
| Other Funds Payment: | 0.00 | 0.00 |
| Assistance Payment (-): | 0.00 | 0.00 |
| Reserve Acct Payment: | 0.00 | 0.00 |
| Total Payment: | $550.30 | $567.34 |

| Escrow Balance Calculation | |
|---|---|
| Due Date: | Mar 01, 2023 |
| Escrow Balance: | (117.16) |
| Anticipated Pmts to Escrow: | 192.26 |
| Anticipated Pmts from Escrow (-): | 0.00 |
| Anticipated Escrow Balance: | $75.10 |

| Date | Payments to Escrow Anticipated | Payments to Escrow Actual | Payments From Escrow Anticipated | Payments From Escrow Actual | | Description | Escrow Balance Required | Escrow Balance Actual |
|---|---|---|---|---|---|---|---|---|
| | | | | | | Starting Balance | 755.56 | (493.29) |
| May 2022 | 168.08 | 192.26 | 587.48 | | * | County Tax | 336.16 | (301.03) |
| Jun 2022 | 168.08 | 192.26 | | | * | | 504.24 | (108.77) |
| Jul 2022 | 168.08 | 192.26 | | | * | | 672.32 | 83.49 |
| Aug 2022 | 168.08 | 192.26 | | | * | | 840.40 | 275.75 |
| Sep 2022 | 168.08 | 192.26 | | | * | | 1,008.48 | 468.01 |
| Oct 2022 | 168.08 | 192.26 | | | * | | 1,176.56 | 660.27 |
| Oct 2022 | | | | 648.47 | * | County Tax | 1,176.56 | 11.80 |
| Nov 2022 | 168.08 | | 567.48 | | * | County Tax | 777.16 | 11.80 |
| Dec 2022 | 168.08 | 384.52 | | | * | | 945.24 | 396.32 |
| Jan 2023 | 168.08 | 192.26 | | | * | | 1,113.32 | 588.58 |
| Jan 2023 | | | | 898.00 | * | Homeowners Policy | 1,113.32 | (309.42) |
| Feb 2023 | 168.08 | 192.26 | 862.00 | | * | Homeowners Policy | 419.40 | (117.16) |
| Mar 2023 | 168.08 | | | | * | | 587.48 | (117.16) |
| | | | | | | Anticipated Transactions | 587.48 | (117.16) |
| Mar 2023 | | 192.26 | | | | | | 75.10 |
| | $1,848.88 | $2,114.86 | $2,016.96 | $1,546.47 | | | | |

An asterisk (*) indicates a difference from a previous estimate either in the date or the amount.  If you want a further explanation, please call our toll-free number.

Page 1

Last year, we anticipated that payments from your account would be made during this period equaling 2,016.96. Under Federal law, your lowest monthly balance should not have exceeded 336.16 or 1/6 of the anticipated payment from the account, unless your mortgage contract or State law specifies a lower amount.  Your mortgage contract and State law are silent on this issue.

Analysis Date: February 27, 2023  Final
Borrower: SANDRA K HARLAN  Loan:

**Annual Escrow Account Disclosure Statement**
**Projections for Coming Year**

This is an estimate of activity in your escrow account during the coming year based on payments anticipated to be made to and from your account.

| Date | Anticipated Payments | | Description | Escrow Balance | |
| --- | --- | --- | --- | --- | --- |
| | To Escrow | From Escrow | | Anticipated | Required |
| | | | Starting Balance | 75.10 | 668.47 |
| Apr 2023 | 184.58 | | | 259.68 | 853.05 |
| May 2023 | 184.58 | 668.47 | County Tax | (224.21) | 369.16 |
| Jun 2023 | 184.58 | | | (39.63) | 553.74 |
| Jul 2023 | 184.58 | | | 144.95 | 738.32 |
| Aug 2023 | 184.58 | | | 329.53 | 922.90 |
| Sep 2023 | 184.58 | | | 514.11 | 1,107.48 |
| Oct 2023 | 184.58 | | | 698.69 | 1,292.06 |
| Nov 2023 | 184.58 | 648.47 | County Tax | 234.80 | 828.17 |
| Dec 2023 | 184.58 | | | 419.38 | 1,012.75 |
| Jan 2024 | 184.58 | | | 603.96 | 1,197.33 |
| Feb 2024 | 184.58 | 898.00 | Homeowners Policy | (109.46) | 483.91 |
| Mar 2024 | 184.58 | | | 75.12 | 668.49 |
| | $2,214.96 | $2,214.94 | | | |

(Please keep this statement for comparison with the actual activity in your account at the end of the escrow accounting computation year.)

Your escrow balance contains a cushion of 369.16.  A cushion is an additional amount of funds held in your escrow balance to prevent the balance from becoming overdrawn when an increase in the disbursement amount occurs.  Under Federal law, your lowest monthly balance should not exceed 369.16 or 1/6 of the anticipated payment from the account, unless your mortgage contract or State law specifies a lower amount.  Your mortgage contract and State law are silent on this issue.

Your ending balance from the last month of the account history (escrow balance anticipated) is 75.10.  Your starting balance (escrow balance required) according to this analysis should be $668.47.  This means you have a shortage of 593.37.  This shortage may be collected from you over a period of 12 months or more unless the shortage is less than 1 month's deposit, in which case we have the additional option of requesting payment within 30 days.  We have decided to collect it over 24 months.

We anticipate the total of your coming year bills to be 2,214.94.  We divide that amount by the number of payments expected during the coming year to obtain your escrow payment.

Page 3

| New Escrow Payment Calculation | |
|---|---:|
| Unadjusted Escrow Payment | 184.58 |
| Surplus Amount: | 0.00 |
| Shortage Amount: | 24.72 |
| Rounding Adjustment Amount: | 0.00 |
| Escrow Payment: | $209.30 |

**Paying the shortage**:  If your shortage is paid in full, your new monthly payment will be $542.62 (calculated by subtracting the Shortage Amount to the left and rounding, if applicable). Paying the shortage does not guarantee that your payment will remain the same, as your tax or insurance bills may have changed.  If you would like to pay the shortage now, please pay the entire amount of the shortage before the effective date of your new payment. To ensure that the funds are posted to your account correctly, please notify your asset manager that you are paying the shortage.

NOTICE OF RIGHT TO CANCEL PRIVATE MORTGAGE INSURANCE: If you currently pay private mortgage insurance premiums, you may have the right to cancel the insurance. In most cases, you have the right to cancel private mortgage insurance if the principal balance of your loan is 80 percent or less of the original appraised value of your home, and you have a good payment history on your loan. If you want to learn whether you are eligible to cancel this insurance, please contact us at 323 Fifth Street, Eureka, Ca 95501 or 800-603-0836.

**\* Please note if you have autopay/EFT set up on your loan, it is your responsibility to make sure your payment amount is updated.  Enclosed is the EFT form that needs to be completed. Once completed, please fax to the number listed on the EFT form or return in the self-addressed envelope.**

# UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF INDIANA
### INDIANAPOLIS DIVISION

| | |
|---|---|
| In Re: | Case No. 18-02050-RLM-13 |
| Sandra Kay Harlan<br>*fka* Sandra Kay Wilson | Chapter 13 |
| Debtor. | Judge Robyn L. Moberly |

## CERTIFICATE OF SERVICE

I certify that on March 8, 2023, a copy of the foregoing Notice of Mortgage Payment Change was filed electronically. Notice of this filing will be sent to the following party/parties through the Court's ECF System. Party/parties may access this filing through the Court's system:

    John Forest Bymaster, Debtor's Counsel
    bymasterlawoffices@gmail.com

    John Morgan Hauber, Chapter 13 Trustee
    ecfmail@hauber13.com

    Office of the U.S. Trustee
    ustpregion10.in.ecf@usdoj.gov

I further certify that on March 8, 2023, a copy of the foregoing Notice of Mortgage Payment Change was mailed by first-class U.S. Mail, postage prepaid and properly addressed to the following:

    Sandra Kay Harlan, Debtor
    1318 Brooke Drive
    Lebanon, IN 46052

                                         Respectfully Submitted,

                                         /s/ Dylan Dean Smith
                                         Dylan Dean Smith (35433-72)
                                         Sottile & Barile, Attorneys at Law
                                         394 Wards Corner Road, Suite 180
                                         Loveland, OH 45140
                                         Phone: 513.444.4100
                                         Email: bankruptcy@sottileandbarile.com
                                         Attorney for Creditor